NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DENISE JOHNSON,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2025-1620

---

Petition for review of the Merit Systems Protection Board in No. AT-1221-24-0118-W-1.

---

## O R D E R

The petitioner having failed to file the required Statement Concerning Discrimination and the required Entry of Appearance form by an attorney admitted to the bar of this court, it is

2                                                      JOHNSON V. MSPB

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

June 10, 2025
Date

Jarrett B. Perlow
Clerk of Court